# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

In re:                                                                 Bk. No.08-11816-JMD
                                                                       Chapter 11
USA Springs, Inc.,
        Debtor(s)

## ORDER OF THE COURT

Hearing Date: **7/27/10**

Nature of Proceeding: Disclosure Statement *Realting to Plan of USA Springs, Inc. and Realted Entities Under Chapter 11 of the Bankruptcy Code* dated May 24, 2010 Filed by Debtor USA Springs Inc (Doc. No. 397)

Outcome of Hearing: ON OR BEFORE JULY 30, 2010 THE ATTORNEY FOR DEBTOR TO SUBMIT PROPOSED ORDER ALONG WITH BALLOT PURSUANT TO THE FINDINGS SET FORTH ON THE RECORD THIS DATE.

IT IS SO ORDERED:

/s/ J. Michael Deasy          7/27/10
J. Michael Deasy
Bankruptcy Judge