**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

In re:  BK No. 08-11816-JMD
Chapter 11

USA Springs Inc,
        Debtor(s)

**ORDER OF THE COURT**

Hearing Date: 10/21/2010 1:30 PM

Nature of Proceeding: Doc# 489 Fourth Amended Chapter 11 Plan (Fourth Amended Plan of USA Springs, Inc. and Related Entities Under Chapter 11 of the Bankruptcy Code) Filed by Debtor USA Springs Inc (RE: related document(s) [478] Amended Chapter 11 Plan filed by Debtor USA Springs Inc)

Outcome of Hearing:

CONTINUED TO NOVEMBER 4, 2010 AT 9 A.M. FOR EVIDENTIARY HEARING
ON OR BEFORE 5 P.M. ON NOVEMBER 1, 2010, THE DEBTOR SHALL FILE WITH THE COURT A LIST OF WITNESSES AND EXHIBITS THAT THEY INTEND TO INTRODUCE AT THE HEARING AS WELL AS CIRCULATING THE EXHIBITS TO THE PARTIES IN INTEREST ON OR BEFORE THAT DATE PURSUANT TO THE FINDINGS SET FORTH ON THE RECORD THIS DATE

THE DEBTOR SHALL PREMARK ANY EXHIBITS TO BE INTRODUCED AT THE HEARING AND BRING THE REQUISITE NUMBER OF COPIES FOR THE PARTIES IN INTEREST AS WELL AS AN ORIGINAL AND TWO SETS FOR THE COURT, ALONG WITH A LIST DESCRIBING EACH EXHIBIT. IF THE EXHIBITS EXCEED EIGHT IN NUMBER, THEY SHALL BE PUT IN A BINDERS.

IT IS SO ORDERED:

/s/ J. Michael Deasy      10/21/2010

---
J. Michael Deasy
Bankruptcy Judge