# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

In re:                                                                    Bk. No. 08-11816-JMD
                                                                          Chapter 11
USA Springs Inc,
        Debtor(s)

## ORDER OF THE COURT

Hearing Date:            5/20/2011

Nature of Proceeding:    Doc# 489 Fourth Amended Chapter 11 Plan Filed by Debtor USA Springs Inc

Outcome of Hearing:    The hearing on confirmation of the Fourth Amended Ch. 11 Plan of Reorganization is continued indefinitely. If the Debtor fails to file a motion or take other action in prosecution of the current plan by June 20, 2011, the Court may deny confirmation of the Plan without further hearing.


IT IS SO ORDERED:


/s/ J. Michael Deasy            5/20/2011

J. Michael Deasy
Bankruptcy Judge