# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

In re:  Bk. No. 08-11816-JMD
           Chapter 11
USA Springs Inc,
           Debtor(s)

## ORDER OF THE COURT

Hearing Date: 8/25/2011 9:00 AM

Nature of Proceeding:
Doc# 626 Fifth Amended Chapter 11 Plan Filed by Debtor USA Springs Inc (RE: related document(s) [489] Amended Chapter 11 Plan filed by Debtor USA Springs Inc) Confirmation hearing to be held on 8/25/2011 at 09:00 AM at Courtroom 2 (JMD), 1000 Elm Street, 11th Floor, Manchester, NH.

Doc# 627 Third Amended Disclosure Statement (Relating to Fifth Amended Plan) dated July 15, 2011 Filed by Debtor USA Springs Inc (RE: related document(s) [626] Amended Chapter 11 Plan filed by Debtor USA Springs Inc)

**Doc# 642 DEBTOR'S MOTION FOR ORDER AUTHORIZING THE DEBTOR TO ENTER INTO AND APPROVING THE TERMS OF CERTAIN AGREEMENT REGARDING (I)EFFECTIVE DATE OF FIFTH AMENDED PLAN, AND (II) BRIDGE LOAN FROMMALOM PRIOR TO CLOSING OF STRUCTURED NOTE TRANSACTION**

Outcome of Hearing:    Proposed orders, affidavits and certificate of vote to be filed. (Additionally, word processing versions to be emailed to courtroom deputy forthwith).

IT IS SO ORDERED:

/s/ J. Michael Deasy        8/25/2011

J. Michael Deasy
Bankruptcy Judge